| | |
|---|---|
| LAKISHA LEACH, Individually & As The Personal Representative of the Estate of Javon Leach 1351 Half Street, SW Washington, DC 20024 | IN THE DISTRICT COURT OF MARYLAND |
| And | FOR |
| JAMES FLYTHE c/o Deanwood Rehab and Wellness Center 5000 Nannie Helen Burroughs, NE Washington, DC 20019 | PRINCE GEORGE'S COUNTY Case #: |
| Plaintiffs | |
| v. | |
| BRIDGETTE CRAWLEY 9400 Grand Boulevard Largo, Maryland  20774 | |
| Defendant | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT/FRIENDLY SUIT

The Plaintiffs, Lakisha Leach, Individually and as the Personal Representative of the Estate of Javon Leach, by her attorney, Terence Davis and James Flythe, pro se parent of Javon Leach , sue Defendant, Bridgett Crawley, and state that:

1. On the 13th day of March, 2022, the aforementioned Javon Leach, a minor, was a passenger in a vehicle being operated by Leon Jones, Jr., when the vehicle became disabled and was sitting without lights on in the travel lane of Suitland Parkway.

2. The vehicle operated by Defendant, Bridgette Crawley, was being operated by her on Suitland Parkway when it collided with the rear of the vehicle owned and operated by Leon Jones, Jr.

3. By the way of the negligence of the Defendant, Bridgette Crawley, Javon Leach, sustained painful injuries, pain and suffering and other damage due to the accident and died at the scene.

4. Lakisha Leach, Individually and as Personal Representative of the Estate of Javon Leach and James Flythe, as parent of Javon Leach, incurred medical expenses, mental anguish, loss of solatium and other damages as a result of the injuries to the minor, Javon Leach. Lakisha Leach has been appointed as Personal Representative of the Estate of Javon Leach by the Register of Wills for Prince George's County.

5. That Lakisha Leach, Individually and as Personal Representative of the Estate of Javon Leach has settled the claim with the insurer of the Defendant, Bridgette Crawley, and this Complaint/Friendly Suit is being filed to finalize the settlement by way of approval by this Honorable Court.

6. That Lakisha Leach, Individually and as Personal Representative of the Estate of Javon Leach and the insurer for the Defendant Crawley, have settled this claim for $30,000.00 and request that this court approve the settlement.

7. That James Flythe, as father of Javon Leach, is under a disability and lacks the capacity to understand the settlement and is unable to sign a Release.

**WHEREFORE**, the settling parties request that the Court appoint a Guardian *ad litem* to represent James Flythe in the Complaint/Friendly Suit, approve the settlement, order that all claims of the Plaintiffs against the Defendant, Bridgette Crawley, be dismissed with prejudice and decide on a division between the Plaintiffs in the amount of $30,000.00.

*[signature: Terence Davis]*
_____
TERENCE DAVIS
Morgan & Morgan
20 M Street, SE, 6th Floor
Washington, DC 20003
202-772-0595
CPF/AIS #: 1612130129
tdavis@forthepeople.com
***Attorney for Plaintiff Lakisha Leach***